## GEORGE NORBERG v. OLE PEARSON AND ANOTHER.[2]

November 24, 1916.

Nos. 20,075—(131).

**New trial.**
Neither the "surprise" of counsel nor newly discovered evidence justified a new trial in this case. [Reporter.]

Action in the district court for Red Lake county to recover $20,000 damages caused by being ejected from defendants' saloon. The case was tried before Watts, J., who when plaintiff rested denied defendants' motion to dismiss the action, and a jury which returned a verdict for $1,800. From an order denying their motion for a new trial, defendants appealed. Affirmed.
*P. J. Russell,* for appellants.
*Montreville J. Brown,* for respondent.

[1] Reported in 159 N. W. 948.   [2] Reported in 159 N. W. 1095.
134 M.—31.

PER CURIAM.

Action for damages for negligence. The case was tried by a jury which found a verdict for the plaintiff. A motion was made for a new trial on the grounds of (a) surprise, and (b) newly discovered evidence. From a denial of the motion, defendants appeal.

An examination of the record satisfies us that this is not a case of "surprise" such as would justify a new trial. The trial court did not abuse its discretion by refusing to grant a new trial because of newly discovered evidence.

Order affirmed.

Brown, C. J., took no part.